RECEIVED
By USBC Portland at 3:31 pm, 02/04/2026

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| CLARK PHINNEY, ) | |
| ) | Chapter 13 |
| Debtor. ) | Case No. 24-10248 |
| ) | |
| _____ ) | |
| ) | |
| BRE DANVERS-KIDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 24-1006 |
| v. ) | |
| ) | |
| CLARK PHINNEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ENLARGE DEADLINE
(Fed. R. Civ. P. 6(b)(1))

NOW COMES Plaintiff, Bre Danvers-Kidman ("Plaintiff"), pro se, and respectfully requests that this Court determine that deadline for the closure of discovery set forth in the Scheduling Order dated December 8, 2025 (Docket Entry No. 46) in the above-captioned matter regarding the above debtor, Clark Phinney ("Debtor"), be extended. In support of this motion, Plaintiff states the following:

1. Plaintiff filed a Motion for Joinder on January 5, 2026, and awaits the Court's ruling as of filing date.

2. Without knowledge of whether Kimberly Phinney will be joined to this case, the appropriate requests for discovery cannot be determined.

**WHEREFORE**, Plaintiff, Bre Danvers-Kidman, respectfully requests that this Court enter an order (i) enlarging the deadline for Discovery in this Adversary Proceeding to allow for determination on the prior Motion for Joinder and (iii) granting such other and further relief as is just and proper.

Dated: February 4, 2026

Respectfully submitted,

Bre Danvers-Kidman, Esq. (*they/them*)
ME Bar Number 5814, filing *pro se*

### CERTIFICATE OF SERVICE

I, Bre Danvers-Kidman, Esq., do hereby certify that I am over eighteen years old and I have caused a true and correct copy of Motion for Joinder to be served on the parties at the addresses set forth on the Service List attached hereto via either electronically or via first class U.S. Mail, postage prepaid. Notice will be electronically mailed to J. Scott Logan, Esq., Counsel for Debtor, at scott@southernmainebankruptcy.com.

Bre Danvers-Kidman, Esq. ME Bar 5814, filing *pro se*